**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARINA DACER, SABINA DACER-REYES, AMPARO DACER-HENSON, and EMILY DACER-HUNGERFORD,<br><br>    Plaintiffs,<br><br>  v.<br><br>JOSEPH EJERCITO ESTRADA, individually and in his official capacity, PANFILO M. LACSON, individually and in his official capacity, REYNALDO "BUTCH" TENORIO, individually and in his official capacity, DANTE TAN, individually and in his official capacity, MICHAEL RAY AQUINO, individually and in his official capacity, VICENTE ARNADO, individually and in his official capacity, GLENN DUMLAO, individually and in his official capacity, and DOES 1–100, inclusive,<br><br>    Defendants.<br>_____/ | No. C 10-04165 WHA<br><br>**ORDER REGARDING MOTION TO DISMISS** |

On June 27, 2011, *pro se* defendant Michael Ray Aquino filed a motion to dismiss the complaint (Dkt. No. 12). On July 20, the case was reassigned to the undersigned judge, and the pending motion to dismiss was terminated (Dkt. No. 17). Two days later, Mr. Aquino filed an "addendum" to his motion urging that "sufficient evidence has been submitted . . . to enable this Honorable Court to rule on the Motion" (Dkt. No. 20 at 3).

Mr. Aquino's addendum is hereby deemed to re-notice his motion to dismiss. Plaintiffs' opposition or statement of non-opposition to the motion must be filed by **AUGUST 8, 2011**. Mr. Aquino may file a reply brief supporting his motion by **AUGUST 15, 2011**. Although Mr. Aquino "is in Manila, Philippines, in the custody of the National Bureau of Investigation of the Philippines" and therefore "cannot appear before the Honorable Court for any oral argument" (Dkt. No. 20 at 2), a hearing on the motion will be held at **8:00 A.M. ON SEPTEMBER 1, 2011**.

**IT IS SO ORDERED.**

Dated: July 25, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE