**United States District Court**
For the Northern District of California

1

2                         IN THE UNITED STATES DISTRICT COURT

3

4                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6    CARINA DACER, SABINA DACER-              No. C 10-04165 WHA
     REYES, AMPARO DACER-HENSON,
7    and EMILY DACER-HUNGERFORD,

8              Plaintiffs,                    **ORDER SETTING BRIEFING
                                              AND HEARING ON MOTION
9        v.                                   FOR SUMMARY JUDGMENT**

10   JOSEPH EJERCITO ESTRADA,
     individually and in his official capacity,
11   PANFILO M. LACSON, individually and
     in his official capacity, REYNALDO
12   "BUTCH" TENORIO, individually and in
     his official capacity, DANTE TAN,
13   individually and in his official capacity,
     MICHAEL RAY AQUINO, individually
14   and in his official capacity, VICENTE
     ARNADO, individually and in his official
15   capacity, GLENN DUMLAO, individually
     and in his official capacity, and
16   DOES 1–100, inclusive,

17             Defendants.

18   ————————————————————————————/

19          Defendant Michael Ray Aquino, who is in custody in the Philippines, has filed a motion

20   for summary judgment (Dkt. No. 33).  The submission was post-marked October 4, and it was

21   received and placed on the docket on October 13 (Dkt. No. 33-1).  To account for the length of

22   time required to mail documents to and from the Philippines, the motion will be briefed and heard

23   on the following schedule.  Plaintiffs' opposition is due on **OCTOBER 27, 2011**.  Defendant

24   Aquino's reply is due on **DECEMBER 1, 2011**.  The motion will be heard at **8:00 A.M. ON**

25   **DECEMBER 15, 2011**.

26          **IT IS SO ORDERED.**

27

28   Dated:  October 14, 2011.                    _____
                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE