IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARINA DACER, SABINA DACER-REYES, AMPARO DACER-HENSON, and EMILY DACER-HUNGERFORD,

    Plaintiffs,

v.

JOSEPH EJERCITO ESTRADA, individually and in his official capacity, PANFILO M. LACSON, individually and in his official capacity, REYNALDO "BUTCH" TENORIO, individually and in his official capacity, DANTE TAN, individually and in his official capacity, MICHAEL RAY AQUINO, individually and in his official capacity, VICENTE ARNADO, individually and in his official capacity, GLENN DUMLAO, individually and in his official capacity, and DOES 1–100, inclusive,

    Defendants.

No. C 10-04165 WHA

**ORDER RE FAILURE TO SHOW**

A case management conference was scheduled for today at 3:00 p.m. The case was called at 3:15 p.m. and no one appeared. Counsel will please explain in a sworn declaration by **JANUARY 27, 2012**, why they failed to appear.

**IT IS SO ORDERED.**

Dated: January 19, 2012.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE