IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARINA DACER, et al., | No. C 10-04165 WHA |
| Plaintiffs, | |
| v. | **ORDER SETTING FINAL DEADLINE FOR SERVICE** |
| MICHAEL AQUINO, et al. | |
| Defendants. | |

Plaintiffs' counsel has failed to serve their complaint on defendants other than Michael Aquino. After multiple extensions, the deadline to file all proofs of service was by today's case management conference (Dkt. No. 55). At today's conference, counsel was given one final opportunity to submit all proofs of service by **5:00 P.M. ON MONDAY, JULY 16**. Defendants without proof of service by then will be dismissed.

Counsel is admonished to conduct discovery and have the case ready for trial against remaining defendant(s) by January 28, 2013.

**IT IS SO ORDERED.**

Dated: July 12, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE