**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARINA DACER, SABINA DACERREYES, AMPARO DACER-HENSON, and EMILY DACER-HUNGERFORD,

    Plaintiffs,

v.

JOSEPH EJERCITO ESTRADA, individually and in his official capacity, PANFILO M. LACSON, individually and in his official capacity, REYNALDO "BUTCH" TENORIO, individually and in his official capacity, DANTE TAN, individually and in his official capacity, MICHAEL RAY AQUINO, individually and in his official capacity, VICENTE ARNADO, individually and in his official capacity, GLENN DUMLAO, individually and in his official capacity, and DOES 1–100, inclusive,

    Defendants.

No. C 10-04165 WHA

**ORDER DISMISSING DEFENDANTS WHO HAVE NOT BEEN SERVED**

    Pursuant to Rule 4(m) and prior orders setting the deadline for service, the following defendants are dismissed without prejudice for lack of service: Joseph Estrada, Panfilo Lacson, Renaldo Tenorio, Dante Tan, and Vicente Arnado. The sole remaining defendants in this action are Michael Aquino and Glenn Dumlao.

    **IT IS SO ORDERED.**

Dated: July 17, 2012.

                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE