United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARINA DACER, et al., | No. C 10-04165 WHA |
| Plaintiffs, | |
| v. | **ORDER SETTING CASE MANAGEMENT CONFERENCE AND VACATING TRIAL DATE** |
| JOSEPH ESTRADA, et al., | |
| Defendants. / | |

A September 2011 case management order scheduled a final pretrial conference for January 14, 2013, and jury trial in this matter for January 28, 2013 (Dkt. No. 31). Plaintiffs (and defendants) failed to file a joint proposed pretrial order (due on January 7), and did not appear for the final pretrial conference. This is not the first time plaintiffs have failed to appear for a hearing with the Court (*see* Dkt. Nos. 45, 47).

Plaintiffs now request to continue the January 28 jury trial for the following reasons: (1) because the trial and pretrial dates were not listed on the Court's online calendar, they had "an expectation that the trial date had been continued"; (2) plaintiffs have scheduled a deposition in this matter for February 28 (one month after the scheduled trial date and four months after the close of non-expert discovery); and, (3) plaintiffs' counsel made plans to travel back from a wedding in Philadelphia on the day scheduled for trial (Dkt. No. 62 at 1–3).

Although the Court's online schedule has not been updated to reflect the January 14

and January 28 pretrial conference and trial dates, that apparent contradiction should have been raised by counsel to clarify the schedule long ago. The January 28 jury trial is **VACATED**. The parties shall appear for a case management conference on **JANUARY 31 AT 11:00 A.M.** The Court will consider arguments for a continuance or other modifications of the prior case management order at that time.

**IT IS SO ORDERED.**

Dated: January 24, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2