IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARINA DACER, et al.,

    Plaintiffs,

  v.

JOSEPH EJERCITO ESTRADA, et al.,

    Defendants.

No. C 10-04165 WHA

**ORDER SCHEDULING TRIAL**

The final pretrial conference in this matter shall be on **SEPTEMBER 30, 2013 AT 2:00 P.M.**, and the jury trial shall be on **OCTOBER 7, 2013 AT 7:30 A.M.** These trial dates are for defendants who have been served and have made an appearance in this action by the time of trial. For those who have not appeared, the burden will be on plaintiffs' counsel to timely move for default judgment.

If defendant Michael Ray Aquino is in custody and would otherwise like to attend the pretrial conference and the jury trial he should file a motion. Failure to file a motion will likely result in a default judgment.

Plaintiffs' counsel shall serve a copy of this order on defendants.

**IT IS SO ORDERED.**

Dated: February 1, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE