IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARINA DACER, et al., | No. C 10-04165 WHA |
| Plaintiffs, | |
| v. | **ORDER RE BRIEFING** |
| JOSEPH ESTRADA, et al., | |
| Defendants. | |

As stated at the September 30 pretrial conference, plaintiffs' forthcoming default judgment motion should address the issue of jurisdiction under the Alien Tort Claims Act in light of *Kiobel v. Royal Dutch Petroleum Co.*, 133 S. Ct. 1659 (2013). Plaintiffs' motion should also address the issue of exhaustion of remedies under Section 2(b) of the Torture Victim Protection Act.

**IT IS SO ORDERED.**

Dated: October 1, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE