IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARINA DACER, et al., | No. C 10-04165 WHA |
| Plaintiffs, | |
| v. | |
| JOSEPH EJERCITO ESTRADA, et al., | **ORDER RE SERVICE OF THE TRIAL TRANSCRIPT** |
| Defendants. | |

According to plaintiffs' proof of service, on December 19, plaintiffs served their statement addressing service on Michael Aquino's last known address. A courtesy copy was also sent to Senator Panfilo M. Lacson. Plaintiffs' statement attaches as Exhibit A their motion for default judgment, Exhibit B their memorandum on damages, Exhibit C the November 8 order, and Exhibit D the December 12 order. This order finds that plaintiffs have adequately satisfied the December 12 order and they are relieved of serving the trial transcript on Michael Aquino. Per the December 12 order, Aquino is provided until **NOON ON JANUARY 17** to respond.

**IT IS SO ORDERED.**

Dated: December 20, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE