IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARINA DACER, SABINA DACER-REYES, AMPARO DACER-HENSON, and EMILY DACER-HUNGERFORD,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH EJERCITO ESTRADA, PANFILO M. LACSON, REYNALDO "BUTCH" TENORIO, DANTE TAN, MICHAEL RAY AQUINO, VINCENTE ARNADO, and GLENN DUMLAO, all individually and in their official capacity,<br><br>Defendants. | No. C 10-04165 WHA<br><br>**JUDGMENT** |

Judgment is **HEREBY ENTERED** against defendant Michael Ray Aquino. Judgment is entered in favor of plaintiff Carina Dacer for $1,051,250 against defendant Michael Ray Aquino. Judgment is entered in favor of plaintiff Sabina Dacer-Reyes for $1,051,250 against defendant Michael Ray Aquino. Judgment is entered in favor of plaintiff Amparo Dacer-Henson for $1,051,250 against defendant Michael Ray Aquino. Judgment is entered in favor of plaintiff Emily Dacer-Hungerford for $1,051,250 against defendant Michael Ray Aquino.

**IT IS SO ORDERED.**

Dated: January 21, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE